```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                             **Crim. Action No. 1:21-CR-64**
                                                          **(Judge Kleeh)**

**MERZA MIZORI,**

       **Defendant.**

### ORDER SCHEDULING PLEA AND SENTENCING HEARING

Pending before the Court is the United States' *Unopposed Motion for Combined Change-of-Plea and Sentencing Hearing*. [ECF No. 8]. For reasons stated therein, the Court **GRANTS** the motion. The matter is scheduled for consideration of the proposed plea agreement and sentencing on **February 2, 2022, at 11:00 a.m.**, at the **Clarksburg, West Virginia**, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him/her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

It is so **ORDERED**.

**ORDER SCHEDULING PLEA AND SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: December 15, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
