IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:21CR64

MERZA MIZORI

**MOTION TO CONTINUE PLEA AND SENTENCING HEARING**

Comes now, Brian J. Kornbrath, Federal Public Defender and counsel for the defendant, Merza Mizori, moving this Court to continue the plea and sentencing hearing currently scheduled for February 2, 2022. In support of the instant motion, undersigned counsel relies on the following grounds:

1. Undersigned counsel is scheduled to attend the annual Federal Public Defender conference held this year in Philadelphia, PA February 2-4, 2022. The following week, undersigned counsel is on annual leave.

2. The parties respectfully request the Court reschedule this matter sometime between February 14-28, 2022.

3. The government, represented by Assistant United States Attorney Christopher Bauer, does not oppose the instant motion.

WHEREFORE, the Court is respectfully requested to continue this matter.

Respectfully submitted,

**MERZA MIZORI**

By Counsel

By:   *s/ Brian J. Kornbrath*
Brian J. Kornbrath
WV State Bar No. 7330
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail. Brian_Kornbrath@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on December 16, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will send notification of such filing to the following:

Christopher Bauer , Esq.
Office of the United States Attorney
320 West Pike Street
Clarksburg, West Virginia 26301

By:   *s/ Brian J. Kornbrath*
Brian J. Kornbrath
WV State Bar No. 7330
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail. Brian_Kornbrath@fd.org