IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                           Crim. Action No. 1:21CR64

**MERZA MIZORI,**

    **Defendant.**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

Pending before the Court is Defendant's *Motion to Continue Plea and Sentencing Hearing*. [Dkt. No. 11]. The government does not oppose the relief requested. Id. For reasons stated therein, the Motion is **GRANTED** and the sentencing hearing in this matter is **CONTINUED** to **February 25, 2022**, at **11:30 a.m.**, at the **Clarksburg, West Virginia**, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him/her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and all appropriate agencies.

**DATED:** December 16, 2021

                                            */s/* Thomas S. Kleeh
                                            THOMAS S. KLEEH
                                            UNITED STATES DISTRICT JUDGE